UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES HILL,　　　　　　　　　　　　　　　　No. C 13-4569 MEJ (pr)

　　　　　　Plaintiff,　　　　　　　　　　　　**ORDER OF TRANSFER**

　　v.

CDCR, et al.,

　　　　　　Defendants.
　　　　　　　　　　　　　　　　　/

　　　　Plaintiff, a California prisoner incarcerated at Pleasant Valley State Prison, has filed this civil rights action under 42 U.S.C § 1983 against medical staff at Mule Creek State Prison and Pleasant Valley State Prison regarding medical care he received at those facilities. Mule Creek State Prison is located in Ione, California within Amador County, which is within the venue of the United States District Court for the Eastern District of California. Pleasant Valley State Prison is located in Coalinga, California within Fresno County, which is also within the venue of the United States District Court for the Eastern District of California. Plaintiff alleges that the Defendants work in Amador and Fresno Counties, California. Venue, therefore, properly lies in the Eastern District and not in this one. See 28 U.S.C. § 1391(b).

　　　　Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall terminate all pending motions and transfer the case forthwith.

　　　　IT IS SO ORDERED.

DATED: __OCTOBER 29, 2013__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge