UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　　Defendant. | 1:13-cv-01752-GSA (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |

　　　　Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on October 3, 2013, at the United States District Court for the Northern District of California.  (Doc. 1.)  On October 21, 2013, Plaintiff filed an Amended Complaint.  (Doc. 8.)

　　　　On October 21, 2013, Plaintiff filed two motions for leave to proceed in forma pauperis, together with certified copies of his prison trust account statement, pursuant to 28 U.S.C. § 1915.  (Docs. 7, 9.)   On October 29, 2013, an order was entered at the Northern District, transferring the case to the Eastern District of California.  (Doc. 12.)  The transfer order terminated all pending motions, including Plaintiff's pending motions for leave to proceed in forma pauperis.  (Id.)

///

1

1   Plaintiff has not paid the $400.00 filing fee or submitted a new application or motion to
2   proceed in forma pauperis at this Court.  Therefore, at this juncture, Plaintiff shall be provided an
3   opportunity to do so.

4   Accordingly, IT IS HEREBY ORDERED that:

5   Within thirty (30) days of the date of service of this order, plaintiff shall submit the
6   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay
7   the $400.00 filing fee for this action.  Plaintiff is not required to submit another certified copy of
8   his prison trust account statement.  **No requests for extension will be granted without a**
9   **showing of good cause**.  **Failure to comply with this order will result in dismissal of this**
10  **action.**

11  IT IS SO ORDERED.

12  
13  Dated:   **October 31, 2013**                    **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE