UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ARTHUR HILL, | 1:13-cv-01752-GSA-PC |
| Plaintiff, | ORDER TRANSFERRING CASE |
| vs. | |
| CDCR, | |
| Defendant. | |

James Arthur Hill ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on October 3, 2013, at the United States District Court for the Northern District of California. (Doc. 1.) On October 21, 2013, as instructed by the Court, Plaintiff re-submitted the Complaint on the Court's form. (Doc. 8.) On October 29, 2013, the case was transferred to the Fresno Division of the United States District Court for the Eastern District of California. (Doc. 12.)

On May 8, 2014, the Court issued an order dismissing the Complaint for failure to state a claim, with leave to amend. (Doc. 22.) On May 27, 2014, Plaintiff filed the First Amended Complaint, which is now before the court for screening. (Doc. 24.)

It is apparent from a reading of Plaintiff's allegations in the First Amended Complaint that the center of gravity of this case is in the Sacramento Division of the Eastern District of

California, and any relationship with the Fresno Division is minimal. Plaintiff is presently incarcerated at Pleasant Valley State Prison (PVSP) in Coalinga, California, which is located in the Fresno Division. However, the majority of the events at issue in the First Amended Complaint occurred at Mule Creek State Prison (MCSP) in Ione, California, when Plaintiff was incarcerated there. MCSP is located in Sacramento County, which is part of the Sacramento Division. All except one of the individual named defendants reside in the Sacramento Division.[1] For these reasons, this case should be transferred to the Sacramento Division of the Eastern Division of California. Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and
2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   **March 17, 2015**          **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff names as defendants the California Department of Corrections and Rehabilitation, L. Clark-Barlow (Nurse Practitioner, MCSP), Dr. N. Dhaliwal (Medical Doctor, MCSP), W. David Smiley (Health Care CEO, MCSP), S. Robert (Registered Nurse, MCSP), Dr. J. Chokatos (Medical Doctor, PVSP), and J. Smith (SSM I, Litigation Support Unit, Elk Grove, California).